# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JONATHAN ALAN ROCKHOLT<br><br>*Defendant* | Case: 1:22–mj–00184<br>Assigned To : Magistrate Judge Meriweather, Robin M.<br>Assign. Date : 8/16/2022<br>Description: Complaint w/ Arrest Warrant |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JONATHAN ALAN ROCKHOLT,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)
18 U.S.C. § 1752(a)(1)(Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)

*[Seal]* *[signature]* Meriweather 2022.08.16 17:09:27 -04'00'

Date: 08/16/2022

*Issuing officer's signature*

City and state: Washington D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 8/16/2022, and the person was arrested on (date) 8/24/2022
at (city and state) Palm Coast, Florida.

Date: 8/24/2022

*Arresting officer's signature*

Special Agent FBI
*Printed name and title*