UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-mj-184 RMM |
| : | |
| BENJAMIN COLE, : | |
| BRIAN PRELLER, : | |
| JOHN EDWARD CROWLEY, : | |
| JONATHAN ALAN ROCKHOLT, AND : | |
| TYLER QUINTIN BENSCH : | |
| : | |
| Defendants. : | |

## ATTACHMENT A
## TO PROTECTIVE ORDER FOR DISCOVERY

### Defendant's Acceptance

I have read this Protective Order and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Protective Order and all matters relating to it. I fully understand this Protective Order and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully.

2/3/23
Date

_____
JONATHAN ALAN ROCKHOLT
Defendant